```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 04278
   FRANCISCO GARCIA
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-0004


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/25/08 .

   2.  The case was dismissed without confirmation, 04/24/2008.

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
-----------------------------------------------------------------------------
WILSHIRE CREDIT CORP     CURRENT MORTG          .00             .00            .00
WILSHIRE CREDIT CORP     MORTGAGE ARRE     NOT FILED            .00            .00
DEPENDON COLLECTION SVC  UNSECURED         NOT FILED            .00            .00
HSBC                     UNSECURED         NOT FILED            .00            .00
WEST ASSET MANAGEMENT    UNSECURED         NOT FILED            .00            .00
WASHINGTON MUTUAL BANK   SECURED                .00             .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED     OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00        .00          .00          .00
PRINCIPAL PAID         .00        .00        .00          .00          .00
INTEREST PAID          .00        .00        .00          .00          .00
TOTAL PAID             .00        .00        .00          .00          .00
The Debtor's attorney, BENNIE W FERNANDEZ         , was allowed $        .00
and was paid $         .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $          .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 07/17/08                /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 04278 FRANCISCO GARCIA
```